SEALED

FILED IN OPEN COURT
ON 8-1-18 BG
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-cr-300-1B0(1)

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) **I N D I C T M E N T** |
| ELVIS DAVID FULLERTON | ) |
| | ) |

The Grand Jury charges that:

## COUNT ONE

On or about August 20, 2016, in the Eastern District of North Carolina, the defendant, ELVIS DAVID FULLERTON, did knowingly make a false statement and claim that he was a citizen of the United States in order to register to vote, in violation of Title 18, United States Code, Section 1015(f).

[remainder of page intentionally left blank]

1

## COUNT TWO

On or about November 8, 2016, in the Eastern District of North Carolina, the defendant, ELVIS DAVID FULLERTON, an alien, knowing he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

A TRUE BILL

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

_____
FOREPERSON

_____7-31-18_____
DATE

ROBERT J. HIGDON, JR.
United States Attorney

_Sebastian Kielmanovich_
BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney

2